IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TUCKER ALBIN & ASSOCIATES, INC., | § | |
|     Plaintiff, | § | Civil Action No. 4:24-cv-360 |
| | § | Judge Mazzant |
| vs. | § | |
| | § | |
| BLUE STAR ROOFING, INC., | § | |
|     Defendant. | § | |

**AGREED MOTION and REQUEST FOR REMOTE APPEARANCE**

Defendant, Blue Star Roofing, submits this Agreed Motion and Request for Remote Appearance and respectfully asks the Court for permission to appear remotely, through zoom or the Court's preferred technology, at the Rule 16 management conference set for Wednesday, June 26, 2024 at 3:30 PM.

1. This case was removed to the Court on April 26, 2024.

2. An Order Governing Proceedings for this matter was issued by Judge Mazzant on May 3, 2024. This order set a Rule 16 Management Conference for June 26, 2024.

3. The parties conferred and filed a Joint Report of their Rule 26(f) Planning Meeting on June 10, 2024.

4. On June 20, 2024, the parties, through counsel Jason Van Dyke for the Plaintiff and Gregory Siemankowski for the Defendant, again conferred and agreed to file this motion to request permission for Defedant's counsel to appear remotely.

5. Defendant's counsel is located in Austin, Texas. The Court's permitting remote appearance will save the Defendant considerable travel time, expenses, and legal fees.

{SIGNATURE ON FOLLOWING PAGE}

_____
**Gregory R. Siemankowski**
**THE KELLY LEGAL GROUP, PLLC**
*Counsel for the Defendant*
*BLUE STAR ROOFING, INC.*
P.O. Box 2125
Austin, TX 78786-2125
Phone: (512) 505-0053
Fax: (512) 505-0054
gregs@kellylawgroup.com
service@kellylawgroup.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument has been sent by U.S. Certified Mail, Return Receipt Requested, Facsimile, and/or Hand-Delivery to the following on this, the 20th day of June 2024.

Jason Lee Van Dyke, Esq.
Magana & Van Dyke, PLLC
1417 E. McKinney St.
Suite #110
Denton, TX 76209
jason@maganavandyke.com
**Attorney for Plaintiff**

_____
Gregory R. Siemankowski

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| TUCKER ALBIN & ASSOCIATES, INC., | § | |
|     Plaintiff, | § | Civil Action No. 4:24-cv-360 |
| | § | Judge Mazzant |
| vs. | § | |
| | § | |
| BLUE STAR ROOFING, INC., | § | |
|     Defendant. | § | |

**CERTIFICATE OF CONFERENCE**

I certify that on June 20, 2024, Gregory R. Siemankowski conferred with Jason Van Dyke, counsel for the Defendants, and he does not oppose this AGREED MOTION and REQUEST FOR REMOTE APPEARANCE.

_____
Gregory R. Siemankowski