IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TUCKER ALBIN & ASSOCIATES, INC., § | |
| Plaintiff, § | Civil Action No. 4:24-cv-360 |
| § | Judge Mazzant |
| vs. § | |
| § | |
| BLUE STAR ROOFING, INC., § | |
| Defendant. § | |

### NOTICE OF INFORMATION IN RESPONSE TO COURT'S ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Kelly Legal Group, PLLC and Gregory R. Siemankowski, withdrawing attorneys (attorneys) for BLUE STAR ROOFING (Client), Defendant, file this Notice of Information in Response to Court's Order to provide the Court with Blue Star Roofing, Inc.'s address and phone number, prior to granting attorneys Unopposed Motion for Withdrawal. Attorneys ask that the Court notice the following:

Blue Star Roofing
4506 Park Breeze Ct.
Orlando, FL 32808
(407) 636-7365
info@bluestarroofinginc.com

We also ask the Court notice the following Florida attorney who retained us as local counsel for Blue Star Roofing in this matter:

Anthony Martinez
Anthoney Martinez and Associates
800-908-1324
anthony@amartinezlaw.com

{SIGNATURE ON FOLLOWING PAGE}

Respectfully submitted,

**THE KELLY LEGAL GROUP, PLLC**
P.O. BOX 2125
Austin, Texas 78768-2125
(512) 505-0053 Tel
(512) 505-0054 Fax
service@kellylegalgroup.com


By: /s/ *Gregory R. Siemankowski*
Greg Siemankowski
State Bar No. 24077908

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2024, a true and correct copy of the attached was served via electronic filing to:

**Jason Lee Van Dyke, Esq.**
**Magana & Van Dyke, PLLC**
*Counsel for Plaintiff*
TUCKER ALBIN & ASSOCIATES, INC.
1417 E. McKinney St. | Suite #110
Denton, TX 76209
P – (940) 382-1976
F – (469) 453-3031
jason@maganavandyke.com

/s/ *Gregory R. Siemankowski*