IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TUCKER ALBIN & ASSOCIATES, INC., | § | |
|     Plaintiff, | § | Civil Action No. 4:24-cv-360 |
| | § | Judge Mazzant |
| vs. | § | |
| | § | |
| BLUE STAR ROOFING, INC., | § | |
|     Defendant. | § | |

## ORDER

Before the Court is Defendant Blue Star Roofing, Inc.'s Unopposed Motion to Withdraw as Counsel and Request for Continuance (Dkt. #10). The Court, upon review, GRANTS the request'hqt'y kj f tcy crl'qh'eqwpugn0

It is therefore ORDERED that Kelly Legal Group, PLLC and Gregory R. Siemankowski are withdrawn as counsel for Defendant Blue Star Roofing, Inc.

It is further ORDERED that the Clerk shall enter the pro se appearance of Defendant on the docket, as follows:

>  Blue Star Roofing, Inc.
>  4506 Park Breeze Ct.
>  Orlando, FL 32808
>  (407) 636-7365
>  info@bluestarroofinginc.com

Fictional legal entities cannot appear in federal court unless represented by a licensed attorney. *Memon v. Allied Domec*q QSR, 385 F.3d 871, 873 (5th Cir. 2004); *IntelliGender, LLC v. Soriano,* No. 2:10–cv–125–JRG, 2012 WL 1118820, at *2 (E.D. Tex. Apr. 3, 2012) (noting that "corporations and partnerships cannot appear for themselves personally" and finding an LLC had "no right to proceed without counsel"). Defendant must retain its own counsel in order to defend claims in this court.

It is therefore further ORDERED that Blue Star Roofing, Inc. shall have thirty (30) days to obtain counsel and for counsel to make an appearance in this case.

The Clerk is instructed to mail a copy of this Order to Blue Star Roofing, Inc. via regular and certified mail, and to also send a copy of the Order via email, to the email address set forth herein.

**IT IS SO ORDERED.**

**SIGNED this 11th day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE