IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TUCKER ALBIN & ASSOCIATES, INC.,<br>          Plaintiff,<br><br>vs.<br><br>BLUE STAR ROOFING, INC.<br>          Defendant | Civil Action No. 4:24-CV-360 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Defendant, BLUE STAR ROOFING, INC., and will serve as lead counsel and attorney in charge in the above numbered and entitled cause:

Mark D. Grosso
GROSSO LEGAL, PLLC
State Bar of Texas No. 24071029
MDG@LawSignal.com
140 E. Main Street, Suite 200
Lewisville, Texas 75057
Tel:    214-998-2055
Fax:    214-699-0234

Respectfully submitted,

_____
Mark D. Grosso
State Bar No. 24071029

GROSSO LEGAL PLLC
140 E. Main Street, Suite 200
Lewisville, Texas 75057
Tel:    (214) 699-1529
Fax:    (214) 699-0234
MDG@LawSignal.com

CERTIFICATE OF SERVICE

    The undersigned certifies that, on October 11, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

_____
Mark D. Grosso