# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TUCKER ALBIN & ASSOCIATES, INC., § § *Plaintiff,* § v. § § BLUE STAR ROOFING, INC., § § *Defendant.* § § § | Civil Action No. 4:24-cv-00360 consolidated with: No. 4:24-cv-00381 Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 23, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #24) that the case be remanded for lack of subject-matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is **REMANDED** to the County Court At Law 2 of Collin County, Texas.

**IT IS SO ORDERED**.

SIGNED this 11th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE